IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL ROGER DAVIS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 1:07-cv-01749 (RMU) |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Daniel J. Healy as counsel in this case for the defendants.

DATE: December 7, 2007.                          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Daniel J. Healy
　　　　　　　　　　　　　　　　　　　　　　DANIEL J. HEALY, #476233
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Post Office Box 227
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20044
　　　　　　　　　　　　　　　　　　　　　　Tel./FAX:  (202) 305-3402/514-6866
　　　　　　　　　　　　　　　　　　　　　　Email: Daniel.J.Healy@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2914050.1