AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carl Roger Davis and Jo Elaine Davis

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE;

Case: 1:07-cv-01749
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/28/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

U.S. Attorney Attn: Civil Process Clerk
501 Third Street, NW Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS in Pro Se (name and address)

Carl Roger Davis and Jo Elaine Davis c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    SEP 2 8 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>October 2, 2007 |
| NAME OF SERVER (PRINT)<br>**Chad R. Davis** | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On October 2, 2007, I served true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Department of Justice addressed as follows:</u>

Department of Justice
c/o United States Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 – Certified Mail No. <u>7006 2760 0004 7681 8385</u>

Department of Justice
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington, DC 20220 – Certified Mail No. <u>7006 2760 0004 7681 8514</u>

Department of Justice
**Attn: Civil Process**
950 Pennsylvania Ave NW
Washington, DC 20220 – Certified Mail No. <u>7006 2760 0004 7681 8378</u>

<u>The Summons and Complaint were delivered to the U.S. Attorney, the U.S. Attorney General and the Department of Justice on October 9, 2007 (see U.S.P.S. Track and Confirms attached as Exhibit A, Exhibit B and Exhibit C).</u>

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Certified Mail Postage $6.96 for each mailing | $20.88 |

## DECLARATION OF SERVER

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on  October 2, 2007     _____
                  Date                  Signature of Server

Chad R. Davis
c/o PO Box 421
<u>Branson, Missouri 65616</u>
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0004 7681 8422**
Detailed Results:

- **Delivered, October 09, 2007, 4:34 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 07, 2007, 1:57 am, WASHINGTON, DC 20022**
- **Acceptance, October 02, 2007, 4:14 pm, BRANSON, MO 65616**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

7006 2760 0004 7681 8422

| | | |
|---|---|---|
| Postage | $ | $2.16 | 0805 |
| Certified Fee | | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.96 | 10/02/2007 |

Sent To: United States of America
Street, Apt. c/o United States Attorney's Office
or PO Box Attn: Civil Process Clerk
City, State 501 Third Street, NW
Washington D.C. 20530

| EXHIBIT | PAGE | of |
|---|---|---|
| A | | |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Jo Elaine Davis

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE;

Case: 1:07-cv-01749
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/28/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)
U.S. ATTORNEY GENERAL
Department of Justice Attn: Civil Process 950 Pennsylvania
Avenue NW Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS in Pro Se (name and address)

Carl Roger Davis and Jo Elaine Davis c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP 2 8 2007
_____        _____
CLERK                                   DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>October 2, 2007 |
| NAME OF SERVER (PRINT)<br>**Chad R. Davis** | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On October 2, 2007, I mailed the a true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the United Stated of America addressed as follows:</u>

United States of America
c/o United States Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington, D.C. 25030 – Certified Mail No. <u>7006 2760 0004 7681 8422</u>

United States of America
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington D.C. 20530-0001 – Certified Mail No. <u>7006 2760 0004 7681 8446</u>

<u>The Summons and Complaint were delivered to the U.S. Attorney on October 9, 2007 and to the U.S. Attorney General on October 9, 2007 (see U.S.P.S Track and Confirms attached as Exhibit A, Exhibit B</u>

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $6.96 for each mailing | TOTAL<br>$13.92 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 2, 2007
Date

Signature of Server

Chad R. Davis
c/o PO Box 421
<u>Branson, Missouri 65616</u>
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0004 7681 8446**
Detailed Results:

- **Delivered, October 09, 2007, 4:34 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 07, 2007, 1:57 am, WASHINGTON, DC 20022**
- **Acceptance, October 02, 2007, 4:13 pm, BRANSON, MO 65616**

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )              ( Return to USPS.com Home > )              ( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530-0001        OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.16 | 0805 |
| Certified Fee | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.96 | 10/02/2007 |

7006 2760 0004 7681 8446

Sent  United States of America
Street c/o US Attorney General
or PO Dept. of Justice, Civil Division
City, 950 Pennsylvania Avenue, NW
     Washington, D.C. 20530-0001

PS F                                     structions

EXHIBIT PAGE

**B**