AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**
DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carl Roger Davis and Jo Elaine Davis

### SUMMONS IN A CIVIL CASE

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE;

Case: 1:07-cv-01749
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/28/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

JAMES "TONY" STROTHER Internal Revenue Service, CID
3333 S. National, Suite 300  Springfield, Missouri 6580

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS in Pro Se (name and address)

Carl Roger Davis and Jo Elaine Davis c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    SEP 2 8 2007
CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>October 2, 2007 |
| NAME OF SERVER (PRINT)<br>Chad R. Davis | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On October 2, 2007, I served true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on James "Tony" Strother addressed as follows:

James "Tony" Strother
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 – Certified Mail No. 7006 2760 0004 7681 8453

James "Tony" Strother
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington, DC 20220 – Certified Mail No. 7006 2760 0004 7681 8460

James "Tony" Strother
Internal Revenue Service, CID
3333 S. National, Suite 300
Springfield, Missouri 65807 – Certified Mail No. 7006 2760 0004 7681 8477

The Summons and Complaint were delivered to the U.S. Attorney and the U.S. Attorney General on October 9, 2007 and delivered to James "Tony" Strother on October 3, 2007 (see U.S.P.S. Track and Confirms attached as **Exhibit A, Exhibit B** and **Exhibit C**).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $6.96 for each mailing | TOTAL<br>$20.88 |

### DECLARATION OF SERVER

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on  October 2, 2007          _____
                   Date                    Signature of Server

Chad R. Davis
c/o PO Box 421
Branson, Missouri 65616
Address of Server

[1] as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0004 7681 8477**
Detailed Results:

- **Delivered, October 03, 2007, 10:55 am, SPRINGFIELD, MO 65807**
- **Acceptance, October 02, 2007, 4:09 pm, BRANSON, MO 65616**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

| | | |
|---|---|---|
| Postage | $ | $2.16 | 0805 |
| Certified Fee | | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.96 | 10/02/2007 |

SPRINGFIELD MO 65807
OFFICIAL USE

Sender: James "Tony" Strother
Internal Revenue Service, CID
3333 S. National, Suite 300
Springfield, Missouri 65807

7006 2760 0004 7681 8477

Site Map    Contact Us    Forms    & Premier Accounts

Copyright© 1999-2007 USPS. All Ri...

EXHIBIT  PAGE  of
  C

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Jo Elaine Davis

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE;

Case: 1:07-cv-01749
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/28/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

TIMOTHY E. NOONAN Internal Revenue Service, CID 3333
S. National, Suite 300  Springfield, Missouri 6580

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS in Pro Se (name and address)

Carl Roger Davis and Jo Elaine Davis c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                       SEP 2 8 2007

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>October 2, 2007 |
| NAME OF SERVER (PRINT)<br>**Chad R. Davis** | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On October 2, 2007, I served true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on Timothy E. Noonan addressed as follows:

Timothy E. Noonan
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 – Certified Mail No. <u>7006 2760 0004 7681 8491</u>

Timothy E. Noonan
c/o United States Attorney General
Dept of Justice, Civil Division
950 Pennsylvania Ave NW
Washington, DC 20220 – Certified Mail No. <u>7006 2760 0004 7681 8484</u>

Timothy E. Noonan
Internal Revenue Service, CID
3333 S. National, Suite 300
Springfield, Missouri 65807 – Certified Mail No. <u>7006 2760 0004 7681 8507</u>

The Summons and Complaint were delivered to the U.S. Attorney and the U.S. Attorney General on October 9, 2007 and delivered to Timothy E. Noonan on October 3, 2007 (see U.S.P.S. Track and Confirms attached as **Exhibit A, Exhibit B** and **Exhibit C**).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $6.96 for each mailing | TOTAL<br>$20.88 |
| **DECLARATION OF SERVER** | | |

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on <u>October 2, 2007</u>    _____
       Date            Signature of Server


                Chad R. Davis
                c/o PO Box 421
                <u>Branson, Missouri 65616</u>        .
                Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7006 2760 0004 7681 8507
Detailed Results:
- Delivered, October 03, 2007, 10:55 am, SPRINGFIELD, MO 65807
- Acceptance, October 02, 2007, 4:07 pm, BRANSON, MO 65616

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]    ( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us                                          counts

Copyright© 1999-2007 US

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SPRINGFIELD MO 65807
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.16 | 0805 |
| Certified Fee | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.96 | 10/02/2007 |

Sent Timothy E. Noonan
Street Internal Revenue Service, CID
or PO 3333 S. National, Suite 300
City, Springfield, Missouri 65807

7006 2760 0004 7681 8507



EXHIBIT PAGE of
C

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Jo Elaine Davis

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE:

Case: 1:07-cv-01749
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/28/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS in Pro Se (name and address)

Carl Roger Davis and Jo Elaine Davis c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**            SEP 2 8 2007

CLERK                                  DATE

(By) DEPUTY CLERK




# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0004 7681 8378**
Detailed Results:

- **Delivered, October 09, 2007, 4:34 am, WASHINGTON, DC 20530**
- **Arrival at Unit, October 07, 2007, 1:56 am, WASHINGTON, DC 20022**
- **Acceptance, October 02, 2007, 4:12 pm, BRANSON, MO 65616**

< Back    Return to USPS.com Home >

### Track & Confirm
Enter Label/Receipt Number.

Go >

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
WASHINGTON DC 20530-0001
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.16 | 0805 |
| Certified Fee | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 6.96 | 10/02/2007 |

Sent To: Department of Justice
Street, Attn: Civil Process
or PO 950 Pennsylvania Avenue NW
City, S Washington, D.C. 20530-0001

EXHIBIT C  PAGE ___ of ___

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Jo Elaine Davis

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE: the
DEPARTMENT OF JUSTICE;

Case: 1:07-cv-01749
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/28/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

Internal Revenue Service Attn: Civil Process 1111
Constitution Avenue NW Washington, D.C. 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS in Pro Se (name and address)

Carl Roger Davis and Jo Elaine Davis c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         SEP 2 8 2007

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>October 2, 2007 |
| NAME OF SERVER (PRINT)<br>**Chad R. Davis** | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On October 2, 2007, I mailed true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Internal Revenue Service addressed as follows:</u>

IRS Revenue Service
c/o U.S. Attorney's Office
**Attn: Civil Process Clerk**
501 Third Street, NW
Washington, D.C. 25030 – Certified Mail No. <u>7006 2760 0004 7681 8392</u>

**Internal Revenue Service**
c/o US Attorney General
Civil Division, Dept. of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001 – Certified Mail No. <u>7006 2760 0004 7681 8408</u>

Internal Revenue Service
**Attn: Civil Process**
1500 Pennsylvania Avenue NW
Washington, DC 20220 – Certified Mail No. <u>7006 2760 0004 7681 8415</u>

<u>The Summons and Complaint were delivered to the U.S. Attorney, the U.S. Attorney General and the Internal Revenue Service on October 9, 2007 (see U.S.P.S. Track and Confirms attached as Exhibit A, Exhibit B and Exhibit C).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $6.96 for each mailing | TOTAL<br>$20.88 |

**DECLARATION OF SERVER**

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on  <u>October 2, 2007</u>           _[signature]_
　　　　　　　　Date　　　　　　　　　　　Signature of Server

　　　　　　　　　　　Chad R. Davis
　　　　　　　　　　　c/o PO Box 421
　　　　　　　　　　　<u>Branson, Missouri 65616</u>          .
　　　　　　　　　　　Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0004 7681 8415**
Detailed Results:

- **Delivered, October 09, 2007, 8:34 am, WASHINGTON, DC 20220**
- **Notice Left, October 07, 2007, 6:00 am, WASHINGTON, DC 20220**
- **Arrival at Unit, October 07, 2007, 3:24 am, WASHINGTON, DC 20022**
- **Acceptance, October 02, 2007, 4:16 pm, BRANSON, MO 65616**

( < Back )        ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
WASHINGTON DC 20220-0002
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $2.16 | 0805 |
| Certified Fee | $2.65 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $6.96 | 10/02/2007 |

Sent To: Internal Revenue Service
Attn: Civil Process
Street, or PO: 1500 Pennsylvania Avenue NW
City, St: Washington, DC ~~20225~~ 20220

EXHIBIT | PAGE | of
C

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carl Roger Davis and Jo Elaine Davis

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE;

Case: 1:07-cv-01749
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/28/2007
Description: Pro Se Gen. Civil

TO: (Name and address of Defendant)

DEPARTMENT OF THE TREASURY Attn: Civil Process
1500 Pennsylvania Avenue NW Washington, D.C. 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS in Pro Se (name and address)

Carl Roger Davis and Jo Elaine Davis c/o PO Box 6207
Branson, Missouri [65615]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         SEP 2 8 2007

CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>October 2, 2007 |
| NAME OF SERVER (PRINT)<br>**Chad R. Davis** | TITLE<br>N/A |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On October 2, 2007, I served true and correct copies of the Summons (with attachments) and the Complaint by Certified Mail on the Department of the Treasury addressed as follows:

Department of the Treasury
c/o United States Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington, D.C. 25030 – Certified Mail No. 7006 2760 0004 7681 8347

Department of the Treasury
c/o United States Attorney General
Attn: Civil Process
950 Pennsylvania Ave NW
Washington, DC 20220 – Certified Mail No. 7006 2760 0004 7681 8354

Department of the Treasury
**Attn: Civil Process**
1500 Pennsylvania Avenue NW
Washington, DC 20220 – Certified Mail No. 7006 2760 0004 7681 8361

The Summons and Complaint were delivered to the U.S. Attorney, the U.S. Attorney General and Department of the Treasury on October 9, 2007 (see U.S.P.S. Track and Confirms attached as Exhibit A, Exhibit B and Exhibit C).

## STATEMENT OF SERVICE FEES

| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $6.96 for each mailing | TOTAL<br>$20.88 |
|---|---|---|

## DECLARATION OF SERVER

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on  October 2, 2007          _____
                  Date                       Signature of Server


                                   Chad R. Davis
                                   c/o PO Box 421
                                   Branson, Missouri 65616
                                   Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2760 0004 7681 8361
Detailed Results:

- Delivered, October 09, 2007, 8:34 am, WASHINGTON, DC 20220
- Notice Left, October 07, 2007, 6:00 am, WASHINGTON, DC 20220
- Arrival at Unit, October 07, 2007, 3:24 am, WASHINGTON, DC 20022
- Acceptance, October 02, 2007, 4:16 pm, BRANSON, MO 65616

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

