IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL ROGER DAVIS, et al. | ) |
| Plaintiffs, | ) |
| v. | ) No. 1:07-cv-01749 (RMU) |
| UNITED STATES, et al. | ) |
| Defendants. | ) |

NOTICE REGARDING
PLAINTIFFS' AMENDED COMPLAINT

PLEASE TAKE NOTICE that on December 14, 2007, the plaintiffs served a motion for leave to amend their complaint, with an attached amended complaint. The plaintiffs may amend their complaint in this case without leave of Court or the consent of the defendants, whose motion to dismiss was pending on December 14, 2007.

The defendants' answer, motion or other responsive pleading to the amended complaint is due by January 2, 2008, pursuant to the Federal Rules of Civil Procedure.

Date: December 28, 2007.                Respectfully submitted,

                                        /s/ Daniel J. Healy
                                        DANIEL J. HEALY, #476233
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC  20044
                                        Tel./FAX:  (202) 305-3402/514-6866
                                        Email: Daniel.J.Healy@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2956271.1

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that the foregoing NOTICE REGARDING PLAINTIFFS' AMENDED COMPLAINT was served upon plaintiffs *pro se* on December 28, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    Carl Roger Davis
    Jo Elaine Davis
    c/o P.O. Box 6207
    Branson, MO [65615]

          /s/ Daniel J. Healy
          DANIEL J. HEALY

2956271.1