RECEIVED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Roger Davis and Jo Elaine Davis, ) | Case No. 1:07-CV-01749-RMU |
| Plaintiffs, ) | |
| vs. ) | UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |
| UNITED STATES, ET AL., ) | |
| Defendants. ) | |

PLAINTIFFS Carl Roger Davis and Jo Elaine Davis under Fed.R.Civ.P. 6(b)(1) request an enlargement of time to respond to Defendants' Motion to Dismiss Complaint.

Pursuant to Local Rule LCvR 7(m), Plaintiff Carl Roger Davis took the following action:

On January 7, 2008, at approximately 11:05 a.m. (Central Time), Carl Roger Davis telephoned the United States Attorney Daniel Healy at (202) 305-3402 to confer regarding this motion for enlargement to respond to Defendant's new Motion to and requested that Attorney Healy return his call as soon as possible.

On January 7, 2008, at approximately 12:43 p.m. (Central Time), Attorney Healy returned Plaintiff Davis' call and said that he is not opposed to an enlargement of time.

**As grounds for this motion, Plaintiffs assert that an enlargement of time is necessary for the following good cause:**

a. Plaintiffs are not attorneys and currently have no counsel and are proceeding on their own behalf, in pro se;

b. Plaintiffs' work schedule is beyond 40 hours a week, limiting Plaintiffs' ability to research this case and prepare their responsive memorandum;

c.  Because of the seriousness and complexity of the Defendant's Motion, especially the memorandum of points and authorities in support, much research must be done to assemble and analyze the relevant records and research – not only the federal procedures, but also case law – to prepare an adequate response to said motion that must also contain a supporting memorandum of points and authorities.

## MEMORANDUM OF THE LAW

1.  <u>Introduction</u>. Defendants filed the motion to dismiss the amended complaint on January 2, 2008.

2.  <u>The time for the Plaintiffs to serve a response with a memorandum of points and authorities in support</u>. According to LCvR 7, Plaintiffs have eleven (11) days to file a responsive memorandum. Accordingly Plaintiffs' responsive memorandum with citation of authorities in opposition to the motion is due on January 13, 2008, which is a Sunday, making Monday, January 14, 2008 the due date.

3.  <u>Compliance with the pleading deadline</u>. Additional time is needed by Plaintiffs to research, assemble and analyze the relevant records and the federal rules of civil procedures and relevant case law to prepare an adequate response to the motion within the period of time prescribed.

4.  <u>Relief requested</u>. Plaintiffs move for an enlargement of time by which to respond to the Defendants' motions to dismiss until thirty (30) days from the date the Court rules on Plaintiffs' pending motion for leave to file amended complaint.

5.  <u>The Court has discretion to grant this motion</u>. Under Fed.R.Civ.P. 6(b)(1), the Court for cause shown may enlarge the time for answering, moving, or otherwise pleading. See

*Poe v. Christina Cooper Mines, Inc.*, 15.F.R.D. 85, 87-88 (D.Del. 1953). As the revisers of Professor Moore's treaties on procedure have commented:

> "When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown." What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions."

1 Daniel R. Coquillette, et al., Moore's Federal Practice, § 6.06[2], p.6-4.01 (1999) (footnotes omitted); *Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987).

6. Plaintiffs have not been guilty of negligence or bad faith, nor have Plaintiffs abused the privilege of extensions.

7. Summary. The Court should exercise its discretion to grant the requested enlargement of time in the interest of justice and for cause shown.

**WHEREFORE**, Plaintiffs move for an enlargement of time by which to respond to the Defendants' motions to dismiss the amended complaint until thirty (30) days from the date of the Court Order.

## **VERIFICATION**

I/we, Carl Roger Davis and Jo Elaine Davis, Plaintiffs, declare under penalty of perjury under the laws of the United States of America and of the state of Missouri that the foregoing is true and correct. All rights retained under the common law of the organic Constitution for the United States of America.

Respectfully submitted.

On this __10th__ day of January 2008

                                                 Carl Roger Davis, Plaintiff
                                                 c/o PO Box 6207
                                                 Branson, Missouri [65615]
                                                 (417) 334-1320

                                                 Jo Elaine Davis, Plaintiff
                                                 c/o PO Box 6207
                                                 Branson, Missouri [65615]
                                                 (417) 334-1320

## CERTIFICATE OF SERVICE

I, Carl Roger Davis, certify that on this ____ day of January 2008, I mailed a true and correct copy of this Motion for Enlargement of Time to Answer the Motion to Dismiss, etc. on the following party:

Daniel John Healy
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Certified Mail: 7007 0220 0000 6951 6447

                                                      _____
                                                      Carl Roger Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Carl Roger Davis and Jo Elaine Davis, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:07-CV-01749-RMU |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | ORDER |
| UNITED STATES, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the Plaintiffs' motion for enlargement of time to respond to Defendants' Motion to Dismiss Amended Complaint, and any opposition thereto, the Court concludes that the motion should be granted. Accordingly, it is this ____ day of _____, 2008

**ORDERED** that Plaintiffs' motion for enlargement of time to respond to Defendants' Motion to Dismiss Amended Complaint be and is **GRANTED**;

**ORDERED** that Plaintiffs shall have an additional thirty (30) days from the date of this Order in which to serve a responsive memorandum with citation of authorities in opposition to Defendants' Motion to Dismiss Amended Complaint.

**ORDERED** that the Clerk shall distribute conformed copies of this order to the representative of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

**COPIES TO**:

Daniel John Healy
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Carl Roger Davis and
Jo Elaine Davis
c/o PO Box 6207
Branson, Missouri [65615]]