IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARL ROGER DAVIS and<br>JO ELAINE DAVIS,<br><br>            Plaintiffs,<br><br>   v.<br><br>UNITED STATES, et al.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:07-cv-01749 (RMU)<br><br><br>**DEFENDANTS' OPPOSITION TO**<br>**MANDATORY JUDICIAL NOTICE**<br>**FILED BY PLAINTIFFS** |

Plaintiffs request that this court take judicial notice, pursuant to Fed. R. Evid. 201(c) and 902(1), of the Fair Tax Act of 2007, H.R. 25, 110th Cong. (2007). That un-enacted bill is one of thousands of such bills proposed in Congress. It is not the law of the land.

DATED: March 6, 2008.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Daniel J. Healy
　　　　　　　　　　　　　　　　　　　　DANIEL J. HEALY, #476233
　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Post Office Box 227
　　　　　　　　　　　　　　　　　　　　Washington, DC  20044
　　　　　　　　　　　　　　　　　　　　Tel./FAX:  (202) 305-3402/514-6866
　　　　　　　　　　　　　　　　　　　　Email: Daniel.J.Healy@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3107211.1

CERTIFICATE OF SERVICE

    IT IS CERTIFIED that DEFENDANTS' OPPOSITION TO PLAINTIFFS' MANDATORY JUDICIAL NOTICE was served upon plaintiffs *pro se* on March 6, 2008 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    Carl Roger Davis
    Jo Elaine Davis
    c/o P.O. Box 6207
    Branson, MO [65615]

    /s/ Daniel J. Healy
    DANIEL J. HEALY