RECEIVED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Roger Davis and Jo Elaine Davis, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Civil No. 1:07-CV-01749-RMU <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' OPPOSITION TO MANDATORY JUDICIAL NOTICE OF THE 110TH CONGRESS' H.R. 25 "FAIR TAX ACT OF 2007"** |

COMES NOW Plaintiffs Carl Roger Davis and Jo Elaine Davis responding to the Defendants' opposition to the judicial notice of 110TH CONGRESS – 1ST SESSION'S H.R. 25, "Fair Tax Act of 2007," a Bill which begins its language in pertinent part: *"To promote freedom, fairness, and economic opportunity by repealing the income tax and other taxes, abolishing the Internal Revenue Service, and enacting a national sales tax to be administered primarily by the States."*

In his opposition, Counsel opposes this notice because the Bill has not yet been enacted, as Plaintiffs are sure the Court is well aware of this fact. The intent of the judicial notice is to provide evidence regarding Congress' concern with the destructive and incomprehensible nature of the existing Internal Revenue Code and employees and agents of the Internal Revenue Service's sociopathic enforcement policies. The fact that the law has not yet been enacted like the existing *prima facie* internal revenue laws (see 26 U.S.C. § 7851 *et seq.*) has no relevance to the judicial notice. It merely confirms the seriousness of the existing problems with the present

Code – wholly acknowledged by those who write the laws. *Atherton v. FDIC*, 519 U.S. 213 (1997) 117 S.Ct. 666 citing *McCulloch v. Maryland*, 4 Wheat. 316, 431 (1819) ("[T]he power to tax involves the power to destroy"). See also *Osborn v. Bank of United States*, 9 Wheat. 738 (1824), *Id* at 221. See Also *Murphy v. I.R.S.*, 460 F.3d 79, 87 (D.C. Cir. 2006).

The Fifth Circuit recently cited *Cheek* in *United States v. Kay*, 05-20604 (5th Cir. 1-10-2008) Compare *Cheek*, 498 U.S. at 199-200, to remind us that *("The proliferation of statutes and regulations has sometimes made it difficult for the average citizen to know and comprehend the extent of the duties and obligations imposed by the tax laws.* Congress has accordingly softened the impact of the common-law presumption by making specific intent to violate the law an element of certain federal criminal tax offenses . . . *This special treatment of criminal tax offenses is largely due to the complexity of the tax laws.")* See *Cheek v. United States*, 498 U.S. 192 (1991), 111 S.Ct. 604.

WHEREFORE, the Plaintiffs Carl Roger Davis and Jo Elaine Davis move this Court take judicial notice of the "Fair Tax Act of 2007" and the above precedent as just and proper regarding this instant case.

Respectfully Submitted.

## VERIFICATION

I/we, <u>Carl Roger Davis</u>, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1), and under the laws of the United States of America that I/we believe the above to be true and correct to the best of my/our knowledge, understanding and belief. All Rights retained without recourse.

On this ___ day of March 2008

3 of 4

_/s/ Carl Roger Davis_
Carl Roger Davis, Plaintiff
c/o Po Box 6207
Branson, Missouri [65615]
(417) 334-1320


_/s/ Jo Elaine Davis_
Jo Elaine Davis, Plaintiff
c/o Po Box 6207
Branson, Missouri [65615]
(417) 334-1320

## CERTIFICATE OF SERVICE

I, <u>Carl Roger Davis</u>, hereby certify that on this 26th day of March 2008, I served a true and correct copy of the above Plaintiffs' Response to Defendants' Opposition To Mandatory Judicial Notice Of The 110th Congress' H.R. 25 "Fair Tax Act of 2007" by Certified Mail, postage fully prepaid and addressed as follows:

Daniel J. Healy
U.S. Dept. of Justice, Tax Division
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Certified Mail: 7007 0220 0000 6951 6492

_____
Carl Rodger Davis