RECEIVED
JUN 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Roger Davis and Jo Elaine Davis, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, a Federal corporation; et al., <br><br> Defendants. | Case No. 1:07-CV-01749-RMU <br><br> **EMERGENCY MOTION TO EXPEDITE RULING DISPOSING OF PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT** <br><br> **CLERK'S ACTION REQUIRED** |

COMES NOW Carl Roger Davis and Jo Elaine Davis, Plaintiffs in the above-referenced matter, within the meaning of Fed.R.Civ.P. 52(a), moving for an emergency motion to expedite a ruling disposing of Plaintiffs' first amended verified complaint filed on December 17, 2007 that is pending before the Court.

Pursuant to LCvR 7(m), Plaintiffs Carl Roger Davis and Jo Elaine Davis conferred with United States Attorney Daniel Healy at (202) 305-3402 regarding filing an emergency motion to expedite ruling disposing of Plaintiffs' first amended verified complaint, and Counsel said he did not oppose.

**I.**
**Statement of the Facts and History of the Case**

1. On or about September 28, 2007, Plaintiffs filed a Complaint against the above named Defendants.

2. On or about December 17, 2007, Plaintiffs filed a Motion for Leave and filed Plaintiffs' First Amended Complaint against the above named Defendants.

3.        On or about January 2, 2008, Counsel for the Defendants filed a Motion to Dismiss the Amended Complaint.

4.        On or about February 15, 2008, Plaintiffs filed a Response to Defendant's Motion to Dismiss Plaintiffs' filed amended complaint.

5.        On or about February 21, 2008, Counsel for the Defendants filed a Reply to Opposition to motion to dismiss Plaintiff's First Amended Complaint.

6.        On or about March 13, 2008, Plaintiffs filed a Motion for Fair and Impartial Rulings, Hearings and/or Trial not Steeped in Judicial Activism that has resulted in no reply or response as of the date of this motion.

7.        The Plaintiffs Carl Roger Davis and Jo Elaine Davis are filing this Emergency Motion to Expedite Ruling Disposing of Plaintiffs' First Amended Verified Complaint because they feel that it is necessary due to criminal proceedings instigated by the United States against the Plaintiffs on or about April 4, 2008 at cause no. 08-03033-01-CR-S-RED in the United States District Court, Western District of Missouri, Southern Division.

**II.
It Would Be An Abuse Of Discretion If The Court Does Not Dispose
Of Whether The United States Proved Subject Matter Jurisdiction**

2.    In *Brainard v. American Skandia Life Assur. Corp.*, 432 F.3d 655, 667 (6th Cir. 2005), the court held that:

> "... *a district court should dispose of motions that affect the record* on summary judgment before ruling on the parties' summary judgment motions. E.g., *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 n. 5, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986). *Indeed, such an approach makes sense given that a court cannot determine the scope of materials properly before it without first ruling on any pending evidentiary or other discovery motions.*"

3.  As the Court records reflect, it has been more five (5) months since the Plaintiffs Carl Roger Davis and Jo Elaine Davis filed their First Amended Complaint as stated supra. The Court held in <u>Roark & Hardee LP v. City of Austin</u>, 06-51670 (5th Cir. 3-27-2008), *Id.* at page 23, that an "... *"abuse of discretion"* ... *occurs if the district court: "(1) relies on clearly erroneous factual findings; (2) relies on erroneous conclusions of law; or (3) misapplies the law to the facts."* <u>McClure v. Ashcroft</u>, 335 F.3d 404, 408 (5th Cir. 2003), giving semblance to what would occur if the Plaintiffs Carl Roger Davis and Jo Elaine Davis' Amended Complaint is not disposed of prior to the Court compelling the Plaintiffs to act, as if it has jurisdiction.

4.  Therefore, the Plaintiffs are entitled to have this Court dispose of the Amended Complaint prior to any motions or pleadings that compel the Plaintiffs Carl Roger Davis and Jo Elaine Davis to act without the Court's subject matter jurisdiction first being established over all matters before it.

### IV.
### Conclusion and Remedy Sought

5.  In the interest of justice, judicial economy and giving the appearance of fairness, the Plaintiff's Amended Complaint is entitled to be timely disposed of by this Court for reasons stated herein above, as it has been more than five (5) months since all pleadings regarding subject matter jurisdiction have been exhausted before the Court and it is pending a ruling.

**WHEREFORE,** Plaintiffs Carl Roger Davis and Jo Elaine Davis move the Court:

i. Grant this Emergency Motion to Expedite Ruling Disposing of Plaintiffs' Amended Complaint;

ii. The Court issue a finding of facts and conclusions of law in its disposal of the motion, making it interlocutorily appealable without the necessity for remand;

iii. Any other Orders the Court deems just and proper.

## VERIFICATION

I/we, <u>Carl Roger Davis and Jo Elaine Davis</u>, declare under penalty of perjury under the laws of the United States pursuant to 28 U.S.C. § 1746(1), that I/we believe the above to be true and correct to the best of my/our knowledge, understanding and belief. All Rights retained without recourse.

On this 29th day May 2008

*/s/ Carl Roger Davis*
Carl Roger Davis, Plaintiff
c/o PO Box 6207
Branson, Missouri [65615]

*/s/ Jo Elaine Davis*
Jo Elaine Davis, Plaintiff
c/o PO Box 6207
Branson, Missouri [65615]

## CERTIFICATE OF SERVICE

I, Carl Roger Davis, certify that on the 29th day of May 2008, I mailed a true copy of the above "EMERGENCY MOTION TO EXPEDITE RULING DISPOSING OF PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT" by first-class mail addressed as follows:

Daniel John Healy
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Certified Mail: 7007 0220 0000 6951 6508

                                             Carl Roger Davis

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carl Roger Davis and Jo Elaine Davis, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:07-CV-01749-RMU |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| UNITED STATES, a Federal corporation; et ) al., ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO EXPEDITE RULING DISPOSING OF AMENDED COMPLAINT

The Court, having considered Plaintiffs' emergency motion to expedite ruling disposing of Plaintiffs' first amended verified complaint within the meaning of Fed.R.Civ.P. 52(a) and any opposition thereto, the Court concludes that the motion should be granted. Accordingly, this ____ day of _____, 2008, it is

**ORDERED** that the Plaintiffs' Emergency Motion to Expedite Ruling Disposing of First Amended Complaint be and is GRANTED; it is further

**ORDERED** that the Clerk shall distribute conformed copies of this order to the representative of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

**COPIES TO:**

Daniel John Healy
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Carl Roger Davis, Plaintiff
c/o PO Box 6207
Branson, Missouri [65615]