## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CARL R. DAVIS *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-1749 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 9, 18, 19 |
| | : | | |
| UNITED STATES *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

GRANTING THE DEFENDANTS' MOTION TO DISMISS;
DENYING THE PLAINTIFFS' MOTION FOR JUDICIAL NOTICE;
FINDING AS MOOT THE PLAINTIFFS' MOTIONS FOR A FAIR AND IMPARTIAL
HEARING, TRIAL OR RULING; ORDERING THE PLAINTIFFS TO SEEK LEAVE OF COURT BEFORE
FILING FURTHER COMPLAINTS

For the reasons stated in the accompanying Memorandum Opinion, it is this 5th day of August, 2008,

**ORDERED** that the defendants' motion to dismiss is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiffs' motion for judicial notice is **DENIED**; and it is

**ORDERED** that the plaintiffs' motion for a fair and impartial hearing, trial or ruling is **DENIED** as moot; and it is

**FURTHER ORDERED** that the plaintiffs are enjoined from bringing any further suits challenging the tax laws, the IRS or the conduct of its agents without 1) first obtaining leave to file from the court; 2) certifying that any such complaint raises new matters never before decided on the merits or on jurisdictional grounds by any federal court; 3) including a concise description of the allegations contained in the complaint; and 4) certifying the veracity of the complaint on penalty of contempt.

**SO ORDERED**.

                                                   RICARDO M. URBINA
                                            United States District Judge